Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Sathern District of New York

_____ Division

|  |  |
|---|---|
| Rahsid McLean | Case No.   9:21-cv-1144 (TJM/ATB) |
| _____ |  |
| Plaintiff(s) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* |  |
| *If the names of all the plaintiffs cannot fit in the space above,* |  |
| *please write "see attached" in the space and attach an additional* |  |
| *page with the full list of names.)* |  |
| -v- |  |
| Co. A. Cottrell Sgt. Hess, Sgt.G. Steinberg |  |
| Co. N. Grzeskowiak, Co. J. Strong |  |
| Co. A turn co. k steele sgt Purcell   see Attached |  |
| Defendant(s) |  |
| *(Write the full name of each defendant who is being sued. If the* |  |
| *names of all the defendants cannot fit in the space above, please* |  |
| *write "see attached" in the space and attach an additional page* |  |
| *with the full list of names. Do not include addresses here.)* |  |



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Attached

C.O. Z. Thomas

Superintendant. McCarthy

Commissioner Annucci

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bahsid mcLean |
| All other names by which you have been known: | |
| ID Number | 16A5033 |
| Current Institution | ~~Five Points~~ Five Points CF |
| Address | ~~State Route 96~~ P.O. Box 119 ~~Staff Route 96 P.O. Box 119~~ |
| | ~~Comstock~~Romulus    NY    ~~454~~ 14511 |
| | City    State    Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | B. Cottrell |
| Job or Title (if known) | C.O. |
| Shield Number | N/A |
| Employer | Doccs |
| Address | ~~Five Points CF~~ Auburn CF |
| | ~~Romulus~~ Auburn    NY    ~~454~~ 13024 |
| | City    State    Zip Code |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | T. Hess |
| Job or Title (if known) | Sargeant |
| Shield Number | N/A |
| Employer | Doccs |
| Address | ~~Five~~ Auburn CF |
| | Auburn    NY    13024 |
| | City    State    Zip Code |

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                G. Steinberg
    Job or Title *(if known)*    Sgt
    Shield Number      N/A
    Employer           Doccs
    Address            Auburn CF
                     Auburn      NY      13024
                         *City*           *State*         *Zip Code*
                 ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                N. GRZESKOWIAK
    Job or Title *(if known)*    C.O.
    Shield Number      N/A
    Employer           Doccs
    Address            Auburn CF
                     Auburn      NY      13024
                         *City*           *State*         *Zip Code*
                 ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

         ☐ Federal officials (a *Bivens* claim)

         ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         Eighth Amendment, Cruel and unusual Punishment, and equal Protection

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Name                    J. Strong

Job or title.      C.O

Shield #          N/A

Employer     Doccs

Address     Auburn CF

              Auburn NY 13024


Defendant No. 6 A. Turo

Name  Arturo

Job or title.   C.O.

Shield number   N/A

Employer

Address.

              Auburn CF, Auburn, NY 13024

Defendant No 7

NAME          K. steele

Job or title    C.O.

Shield number    NiA

Employer    Docs
Address    Auburn CF Auburn, NY, 13024

Defendant No 8

Name    Purcell

Job or title    Sgt

Shield number    N/A

Employer    Docos
Address    Auburn CF New York, 13024

Defendant No 9

Name    Z. Thomas

Job or title    C.o

Shield number    N/A

Employer    Docs
Address    Auburn, CF, Auburn NY  13024

Defendant No 10

name B. Hartman

Job or title Lieutenant

Shield Number N/A

Employer Doccs

Address Auburn CF, Auburn 13024


Defendant No 11

name A. Annucci

Job or title Commisioner

Shield number N/A

Employer Doccs

Address Harriman State Campus blg 2, Ny 12226.


Decendant No 12

Name mccarthy

Job or title superintendant

Shield number N/A

Employer Doccs

Address Auburn CF, New York 13024

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.
On Aug 12, 2021 at Auburn CF. D-block 24 cell. I was assaulted by defendants. CO Cottrell, Sgt Steinberg, Sgt Hess CO Brzeskowiak, CO Strong, CO two. The defendants while inside of my cell struck me repeatedly with fist, punches, kicks state issued batons

i was kicked and punched by the defendants, threatened to be killed.

The defendants put something over my head using it as a handle started to bash my face and head into the bars of my cell, floor, desk, toilet and walls, defendants cottrell, steinberg, hess, Grzeskowiak, strong and two simultaneously assaulted me while inside of my cell before they were stoped. as a sgt and co there is a duty to protect me from assault the sgt's did not do that instead they assisted in assaulting me. after i was taken to c.block by sgt Purcell, k.steele and z.Thomas at this time i was thrown down two flights of stairs, struck with batons, fist and feet, my head was repeatedly smashed against stairs and bars by the defendants, sgt Purcell twice spit on me, z.Thomas then held my legs apart while k.steele kicked me once in my testicles, sgt Purcell then pulled out a gravity flip knife putting it to my neck threatened to kill me by slitting my throat and than spit on me again

from the start of the assaults in both b.block and c.block i was restrained with handcuffs behind my back and leg shackles, when the defendants were done assaulting me the leg shackles were removed and i was forced to walk to medical even after i told the defendant it was painful to do so. I had to be hospitalized at Auburn community hospital.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

8/12/2021 from 2:20 PM to 2:50 PM

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Cottrell, Thomas, Steele, Hess, turo Steinburg, Grzeskowiak, Strong, viciously gang assaulted me. Lieutenet hartman failed to properly supervise or intervene in this assault, Mccarthy failed to privide protection for me from officers who either allowed me to be assaulted or helped. Annucci failed to ensure staff were mentally sound to conduct their're duties.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained a fractured back, nose, i had to recive six staples to my head 4 stitces to my face at Auburn cummunity hospital, i'm being treated for pain. i have panic attacks when handcuffed, trouble sleeping and both my hands have a numbing sinsation from handcuffs being applied too tight while i was being treated at auburn community hospital and directly after the assault.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

i'm seeking one million dollars for my fractured back, nose staples need to close my wounds as well as stitches, mental anguish, excessive use of force, liable, failure to protect me from the gang assault by corrections staff and medical expenses.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Auburn CF

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Five Birds CF

2.    What did you claim in your grievance?

That i was assaulted by staff.

3.    What was the result, if any?

my grievance was denied.

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed to corc and the superindant, I've gotten no response.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Bahsid McLean

Defendant(s)    K. Steele, Z thomas, Purcell, A turo, stong hess, cotrell, steinberg, crzeskowiak

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Seneca county

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

2021

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Bansid McLean

Defendant(s)   State of New York

2.   Court *(if federal court, name the district; if state court, name the county and State)*

Southern district

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

2020

6.   Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pending

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-9-2021

Signature of Plaintiff

Printed Name of Plaintiff    Rasheid mcLean

Prison Identification #    16A5033

Prison Address    Five Points CF  state route 96  PO box 119

Romulus            NY        14541

                             *City*               *State*      *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                             *City*               *State*      *Zip Code*

Telephone Number

E-mail Address